UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CINDY LYNN CARMONA,<br>      Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of<br>Social Security,<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:13-CV-102-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the conclusions in the M&R. The plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and this action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on September 4, 2014, and Copies To:**

Cynthia M. Currin (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>September 4, 2014 | JULIE A. RICHARDS, CLERK<br>  /s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |