IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-102-D

| | |
|---|---|
| CINDY LYNN CARMONA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER REGARDING |
| v. ) | ATTORNEY'S FEES UNDER THE |
| ) | EQUAL ACCESS TO JUSTICE ACT |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act. Plaintiff's Motion is granted in part and it is hereby ORDERED that Plaintiff's counsel be awarded fees and costs in the total amount of $5,000.

This the 16 day of November, 2014

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE