IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CINDY LYNN CARMONA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13-CV-00102-D |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER REGARDING ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b)

This matter is before the Court on Plaintiff's counsel's Motion for Approval of Attorney's Fees Pursuant to 42 U.S.C.A. § 406(b). Plaintiff's counsel requests an award of fees in the total amount of $17,096.75, which represents 25% of the award of past-due benefits due to Plaintiff, plus 25% of what Plaintiff's counsel estimates will be awarded at some time in the future as past-due benefits to Plaintiff's three children.

Plaintiff's counsel's Motion is granted in part and denied in part, and it is hereby ORDERED that Plaintiff's counsel be awarded fees in the total amount of $15,295.00. This amount represents 25% of the $61,180.00 in past-due benefits awarded to Plaintiff. Plaintiff's counsel is ORDERED to return to Plaintiff the $18.00 counsel previously received as an award of attorney's fees under the Equal Access to Justice Act. Should Plaintiff's three children be

1

awarded auxiliary benefits at some time in the future, Plaintiff may request additional attorney's fees under 42 U.S.C. § 406(b) at that time.

SO ORDERED, this __19__ day of July, 2016.

_____
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 4:13-cv-00102-D   Document 52   Filed 07/19/16   Page 2 of 2