UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CINDY LYNN CARMONA,        )<br>                Plaintiff,     )<br>                               )<br>     v.                        )<br>                               )<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security,            )<br>                Defendant.     ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:13-CV-102-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs counsel be awarded fees in the total amount of $15,295.00. This amount represents 25% of the $61,180.00 in past-due benefits awarded to Plaintiff. Plaintiff's counsel is ORDERED to return to Plaintiff the $18.00 counsel previously received as an award of attorney's fees under the Equal Access to Justice Act. Should Plaintiffs three children be awarded auxiliary benefits at some time in the future, Plaintiff may request additional attorney's

fees under 42 U.S.C. § 406(b) at that time.

**This Judgment Filed and Entered on July 20, 2016, and Copies To:**

Cynthia M. Currin                                          (via CM/ECF Notice of Electronic Filing)

Todd J. Lewellen                                           (via CM/ECF Notice of Electronic Filing)

DATE:                                   JULIE RICHARDS JOHNSTON, CLERK

July 20, 2016                       (By) /s/ Nicole Briggeman
                                                  Deputy Clerk